Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:22-CV-00616-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (ECF No. 1)** |
| vs. | |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Fidelity National Title Insurance Company ("Fidelity") (collectively "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:



1

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

1. On April 12, 2022, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On April 13, 2022, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Chicago Title's response to Wells Fargo's complaint is currently due on May 6, 2022, while FNTG's response is currently due on May 11, 2022;

4. Counsel for Defendants request a 31-day extension for Chicago Title (26 days for FNTG) through and including Monday, June 6, 2022, for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

1  **IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the
2  complaint are hereby extended through and including Monday, June 6, 2022.

3  Dated: May 5, 2022                SINCLAIR BRAUN LLP

5                                    By:  /s/-Kevin S. Sinclair
                                         KEVIN S. SINCLAIR
6                                        Attorneys for Defendants
                                         FIDELITY NATIONAL TITLE GROUP,
7                                        INC. and FIDELITY NATIONAL TITLE
                                         INSURANCE COMPANY

9  Dated: May 5, 2022                WRIGHT FINLAY & ZAK, LLP

11                                   By:  /s/-Lindsay D. Dragon
                                         LINDSAY D. DRAGON
12                                       Attorneys for Plaintiff
                                         WELLS FARGO BANK, N.A.

13 **IT IS SO ORDERED.**

    Dated this 6th day of May, 2022.

    _____
    ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE



3
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**