Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al., <br><br>Defendants. | Case No.: 2:22-CV-00616-APG-EJY <br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT (ECF No. 1)** <br><br>**SECOND REQUEST** |

Defendant Fidelity National Title Group, Inc. ("FNTG") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, stipulate as follows:

1. On April 12, 2022, Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On April 13, 2022, defendant Fidelity National Title Insurance Company removed



1  the instant case to the United States District Court for the State of Nevada (ECF No. 1);

2      3.    On May 6, 2022, the Court granted the Parties' first stipulation for an extension of
3  time to respond to Wells Fargo's complaint (ECF No. 12);

4      4.    The parties are working out the parameters of an agreement by which FNTG will
5  be dismissed from this matter. In order to conserve resources, the parties stipulate and agree that
6  FNTG shall have an additional 62 days to respond to the complaint, through and including
7  Monday, August 8, 2022. Should the parties finalize their agreement before then, an appropriate
8  dismissal of FNTG will be filed;.

9      5.    Counsel for Wells Fargo does not oppose the requested extension;

10      6.    This is the second request for an extension made by counsel for FNTG, which is
11  made in good faith and not for the purposes of delay.

12      7.    This stipulation is entered into without waiving any of FNTG's objections under
13  Fed. R. Civ. P. 12.

14      **IT IS SO STIPULATED** that FNTG's deadline to respond to the complaint is hereby
15  extended through and including Monday, August 8, 2022.

Dated:  June 6, 2022        SINCLAIR BRAUN LLP

By:    /s/-Kevin S. Sinclair
    KEVIN S. SINCLAIR
    Attorneys for Defendants
    FIDELITY NATIONAL TITLE GROUP, INC.

Dated:  June 6, 2022        WRIGHT FINLAY & ZAK, LLP

By:    /s/-Lindsay D. Dragon
    LINDSAY D. DRAGON
    Attorneys for Plaintiff
    WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



2
**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**