WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00616-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 23]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo") and Defendants Fidelity National Title Group, Inc.("FNTG") and Fidelity National Title Insurance Company ("FNTIC" collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 12, 2022, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-22-851046-C [ECF No. 1-1];

2. On April 13, 2022, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On September 7, 2022, FNTG filed a Motion to Dismiss [ECF No. 23];

4. Wells Fargo's deadline to respond to FNTG's Motion to Dismiss is September 21, 2022;

5. The parties have reached an agreement in principle by which FNTG will be dismissed from this matter.  In order to conserve resources, the parties stipulate and agree that Wells Fargo shall have an additional 61 days to respond to FNTG's Motion to Dismiss through and including Monday, November 21, 2022.  Should the parties finalize their agreement before then, an appropriate dismissal of FNTG will be filed;

6. Counsel for FNTG does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 20th day of September, 2022. | DATED this 20th day of September, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| */s/ Lindsay D. Dragon* | */s/ Kevin S. Sinclair* |
| Lindsay D. Dragon, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 13474 | Nevada Bar No. 12277 |
| 7785 W. Sahara Ave., Suite 200 | 16501 Ventura Blvd., Suite 400 |
| Las Vegas, NV 89117 | Encino, CA 91436 |
| *Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1* | *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this  21st  day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE