WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-00616-APG-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT** <br><br> **(First Request)** |

Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo"), and Defendants Fidelity National Title Group, Inc.("FNTG") and Fidelity National Title Insurance Company ("FNTIC" collectively the "Defendants" and with Wells Fargo, the "Parties), hereby submit the following Stipulation to Extend Time to File Amended Complaint. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. On April 12, 2022, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-22-851046-C [ECF No. 1-1];

2. On April 13, 2022, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. Thereafter, on October 28, 2022, the Court granted in part FNTIC's motion to dismiss [ECF No. 17] and ordered that Wells Fargo may file an amended complaint, if facts exist to do so [ECF No. 27]'

4. Wells Fargo's deadline to file its Amended Complaint is currently November 18, 2022;

5. Wells Fargo has conferred with Defendants and requested an extension of five (5) days to November 23, 2022, to file its Amended Complaint because Wells Fargo's counsel has been out of town;

6. Defendants do not object to the requested extension;

7. The Parties hereby agree that Wells Fargo shall have an additional five (5) days up to and including November 23, 2022 to file its Amended Complaint.

**IT IS SO STIPULATED.**

| DATED this 18th day of November, 2022. | DATED this 18th day of November, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Dragon | /s/ Kevin S. Sinclair |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1* | Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Blvd., Suite 400<br>Encino, CA 91436<br>*Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2022