WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00616-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE GROUP, INC.'S MOTION TO DISMISS [ECF No. 23]**<br><br>**(Second Request)** |

COMES NOW Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo") and Defendants Fidelity National Title Group, Inc.("FNTG") and Fidelity National Title Insurance Company ("FNTIC" collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 12, 2022, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-22-851046-C [ECF No. 1-1];

2. On April 13, 2022, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On September 7, 2022, FNTG filed a Motion to Dismiss [ECF No. 23];

4. Wells Fargo's deadline to respond to FNTG's Motion to Dismiss is currently November 21, 2022 [ECF No. 25];

5. The parties have reached an agreement in principle by which FNTG will be dismissed from this matter. In order to conserve resources, the parties stipulate and agree that Wells Fargo shall have an additional 60 days to respond to FNTG's Motion to Dismiss through and including Friday, January 20, 2023. Should the parties finalize their agreement before then, an appropriate dismissal of FNTG will be filed;

6. Counsel for FNTG does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of November, 2022.   DATED this 21st day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*   */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200   16501 Ventura Blvd., Suite 400
Las Vegas, NV 89117   Encino, CA 91436
*Attorneys for Plaintiff, Wells Fargo Bank N.A.*   *Attorney for Defendants, Fidelity National*
*as Trustee on behalf of the Certificate holders*   *Title Group, Inc. and Fidelity National Title*
*Park Place Securities, Inc. Asset-Backed*   *Insurance Company*
*Pass-Through Certificates Series, 2005-*
*WCW1*

**IT IS SO ORDERED.**

Dated this __22nd__ day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE