WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00616-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>**(Second Request)** |

Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo"), and Defendants Fidelity National Title Group, Inc.("FNTG") and Fidelity National Title Insurance Company ("FNTIC" collectively the "Defendants" and with Wells Fargo, the "Parties), hereby submit the following Stipulation to Extend Time to File Amended Complaint. The Parties, by and through their undersigned counsel, stipulate and agree as follows:

1. On April 12, 2022, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-22-851046-C [ECF No. 1-1];

2. On April 13, 2022, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. Thereafter, on October 28, 2022, the Court granted in part FNTIC's motion to dismiss [ECF No. 17] and ordered that Wells Fargo may file an amended complaint, if facts exist to do so [ECF No. 27];

4. Wells Fargo's deadline to file its Amended Complaint is currently November 23, 2022;

5. Wells Fargo has conferred with Defendants and requested an extension of seven (7) days to November 30, 2022, to file its Amended Complaint to allow counsel for Wells Fargo additional time to finalize due to the upcoming Thanksgiving holiday;

6. Defendants do not object to the requested extension;

7. The Parties hereby agree that Wells Fargo shall have an additional seven (7) days up to and including November 30, 2022 to file its Amended Complaint.

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 23rd day of November, 2022.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificate holders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

DATED this 23rd day of November, 2022.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Blvd., Suite 400
Encino, CA 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

DATED: November 23, 2022

_____
UNITED STATES MAGISTRATE JUDGE