Kevin S. Sinclair, NV Bar No. 12277
 ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. AND FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE
OF PROCESS ONLY PER L.R. IA 11-1(b)(2)(ii)

Janet Trost, Esq., State Bar No. 4072
501 S. Rancho Drive
Suite H-56
Las Vegas, NV 89106

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:22-cv-00616-APG-EJY <br><br> **MOTION TO SUBSTITUTE SINCLAIR BRAUN LLP'S DESIGNATED ATTORNEY FOR SERVICE OF PAPERS, PROCESS, OR PLEADINGS AND TO REMOVE GARY L. COMPTON, ESQ. FROM THE COURT'S E-SERVICE LIST** |

    Attorney Kevin S. Sinclair of Sinclair Braun LLP ("Sinclair Braun"), who is counsel of record for Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company, is an attorney who is admitted to practice in Nevada but who does not maintain an office in Nevada.

    Pursuant to Local Rule IA 11-1(b)(2)(ii), Sinclair Braun had designated attorney Gary L. Compton as the Nevada attorney maintaining an office in Nevada for service of papers, process, or pleadings.



Sinclair Braun wishes to designate attorney Janet Trost, Esq., whose address is 501 S. Rancho Drive, Suite H-56, Las Vegas, NV 89106, as Sinclair Braun's designated local attorney for service of papers, process, or pleadings.

Defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company respectfully move the Court for an order pursuant to Local Rules IA 11-1(b) and IA 11-6 to: (1) substitute Ms. Trost for Mr. Compton Sinclair Braun's designated attorney maintaining an office in Nevada for service of papers, process, or pleadings, and (2) remove Mr. Compton from the Court's electronic service list in this matter.

Pursuant to Local Rule 11-6(c), the undersigned consent to the foregoing substitution:

Dated:  December 15, 2022

By: */s/-Gary L. Compton*

Dated:  December 15, 2022

By: */s/-Janet Trost*

Dated:  December 15, 2022

By: */s/-Sydney Sefick*
On Behalf of Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated:  December 15, 2022                SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

**THE FOREGOING SUBSTITUTION IS APPROVED.**

Dated:  December 19, 2022

THE HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE



**MOTION TO SUBSTITUTE DESIGNATED COUNSEL FOR SERVICE OF PROCESS**