WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-00616-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 45]**<br><br>**(First Request)** |

COMES NOW Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 30, 2022, Wells Fargo filed its First Amended Complaint [ECF No. 42];
2. On December 21, 2022, Fidelity filed a Motion to Dismiss [ECF No. 45];
3. Wells Fargo's deadline to respond to Fidelity's Motion to Dismiss is currently January 4, 2023;

4. Wells Fargo's counsel is requesting an extension until Thursday, January 19, 2023, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Wells Fargo additional time to respond to the particular issues raised in the pending Motion to Dismiss;

6. Counsel for Fidelity does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 4th day of January, 2023.                     DATED this 4th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP                                SINCLAIR BRAUN LLP

*/s/ Lindsay D. Dragon*                                          */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.                                          Kevin S. Sinclair, Esq.
Nevada Bar No. 13474                                             Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200                                   16501 Ventura Boulevard, Suite 400
Las Vegas, NV 89117                                              Encino, California 91436
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*    *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this __6th__ day of __January__, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE