WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net

*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE CERTIFICATE-HOLDERS PARK PLACE SECCURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WCW1,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-00616-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 45]**<br><br>**(Second Request)** |

COMES NOW Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 30, 2022, Wells Fargo filed its First Amended Complaint [ECF No. 42];
2. On December 21, 2022, Fidelity filed a Motion to Dismiss [ECF No. 45];
3. Wells Fargo's deadline to respond to Fidelity's Motion to Dismiss is currently January 19, 2023 [ECF No. 47];

4. Wells Fargo's counsel is requesting an extension until Wednesday, January 25, 2023, to file its response to the pending Motion to Dismiss;

5. This extension is requested to allow counsel for Wells Fargo additional time to respond to the particular issues raised in the pending Motion to Dismiss and to obtain approval of points and authorities in support of its response;

6. Counsel for Fidelity does not oppose the requested extension;

7. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 19th day of January, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank N.A. as Trustee on behalf of the Certificateholders Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series, 2005-WCW1*

DATED this 19th day of January, 2023.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this  20th  day of    January   , 2023.

_____
UNITED STATES DISTRICT COURT JUDGE