Scott E. Gizer, Esq., Nevada Bar No. 12216
　*sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
　*slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
　GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
　*ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: 2:22-CV-00616-APG-EJY<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO REPLY IN SUPPORT OF MOTION TO DISMISS** |

　　　　COME NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") (jointly, "Parties"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

　　　　1.　　On November 30, 2022, Wells Fargo filed its first amended complaint in the



1  United States District Court, District of Nevada (ECF No. 42);

2    2. On December 21, 2022, Fidelity moved to dismiss Wells Fargo's first amended complaint (ECF No. 45);

3    3. On January 25, 2023, Wells Fargo filed its response to Fidelity's motion to dismiss (ECF No. 50) and countermotion for partial summary judgment (ECF No. 51);

4    4. The deadline for Fidelity to respond in support of its motion to dismiss is currently February 1, 2013, and its deadline to respond to the motion for partial summary judgment is currently February 15, 2023;

5    5. Fidelity requests a 14-day extension of its deadline to file its reply in support of its motion to dismiss, through and including February 15, 2023, such that Fidelity's reply memorandum and its response to Wells Fargo's motion for partial summary judgment are due on the same date, to afford Fidelity's counsel additional time to review and respond to Wells Fargo's response in opposition to the motion to dismiss.

6    6. Counsel for Wells Fargo does not oppose the requested extension;

7    7. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

//
//
//
//
//
//
//
//
//
//
//
//

8. **IT IS SO STIPULATED** that Fidelity's deadline to file its reply to its motion to dismiss is hereby extended through and including February 15, 2023.

Dated: February 1, 2023                    SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated: February 1, 2023                    WRIGHT, FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  2nd  day of  February , 2023.

_____
THE HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

