UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK N.A., <br><br> Plaintiff <br><br> v. <br><br> FIDELITY NATIONAL TITLE GROUP, INC., <br><br> Defendant | Case No.: 2:22-cv-00616-APG-EJY <br><br> **Order Granting Stipulation to Stay Case and Denying All Pending Motions Without Prejudice to Refile** <br><br> [ECF Nos. 23, 45, 51, 55] |

The parties have stipulated to stay this case for six months while they await decisions from the Supreme Court of Nevada that could impact the disposition of this case. ECF No. 55. Given the length of the stay, which may be extended if that court does not issue the decisions within that anticipated time frame, and given that any decisions may alter the parties' briefing on relevant issues, I also deny all pending motions, without prejudice to refile them once the stay is lifted.

I THEREFORE ORDER that the stipulation to stay this case **(ECF No. 55) is GRANTED**. **This case is STAYED until further order of the court.** All deadlines currently set in this case are vacated. By entering into this stipulation, none of the parties is waiving its right to subsequently move the court for an order lifting the stay in this action. Notwithstanding this stipulation, the parties may continue to conduct third-party discovery (including by issuing and enforcing third-party subpoenas) to preserve evidence.

I FURTHER ORDER that the parties shall file a joint status report by August 11, 2023.

/ / / /

/ / / /

I FURTHER ORDER that all pending motions **(ECF Nos. 23, 45, 51) are DENIED without prejudice** to refile them once the stay is lifted.

DATED this 10th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE