# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:22-cv-00616-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| FIDELITY NATIONAL TITLE GROUP, INC., et al., | |
| Defendants | |

In light of the parties' joint status report (ECF No. 62),

I ORDER that this case remains stayed.  The parties shall file a status report within 30 days of the Ninth Circuit issuing a decision in *Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Minnesota, N.A., solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1, FKA Northwest Bank Minnesota, N.A. v. Commonwealth Land Title Insurance Company*, Ninth Circuit case number 19-16181.

DATED this 23rd day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE