

Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC.

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>　　　　　　Defendants. | Case No.: 2:22-CV-00616-APG-EJY<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wells Fargo Bank, N.A. and defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated:  April 22, 2024                                          SINCLAIR BRAUN KARGHER LLP

By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated:  April 22, 2024                                          WRIGHT FINLAY & ZAK LLP

By: */s/-Christina V. Miller*
CHRISTINA V. MILLER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2024

